## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                          No. 4:09CR00216 JLH

CAROLYN JANE HATCH

### ORDER

The parties have stipulated that they will file joint briefs on the restitution issue by May 28, 2013. The Court adopts that stipulation as the Order of the Court. The parties are hereby ordered to file simultaneous briefs on the restitution issue on or before May 28, 2013.

IT IS SO ORDERED this 8th day of May, 2013.

                                    _____
                                    J. LEON HOLMES
                                    UNITED STATES DISTRICT JUDGE